UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | Criminal Action  No. 09-10325-JLT |
| | * | |
| MICHAEL VIRDEN, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 7, 2013

TAURO, J.

After considering Defendant's Objection [#118], this court ACCEPTS and ADOPTS the July 18, 2013, Report and Recommendation [#116] of Chief Magistrate Judge Sorokin.  For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [#107] is DENIED, and that no certificate of appealability shall issue.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge